# SEALED

```
 1  DANIEL G. BOGDEN
    United States Attorney
 2  BRADLEY W. GILES
    Assistant United States Attorney
 3  333 Las Vegas Blvd., South, Suite 5000
    Las Vegas, Nevada 89101
 4  (702) 388-6050
```



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL INDICTMENT |
| PLAINTIFF, | ) | 2:10-cr-_532_ |
| VS. | ) | VIOLATIONS: |
| OSCAR CARRANZA, | ) | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) - False Statement During Purchase of a Firearm |
| DEFENDANT. | ) | |
| | | Forfeiture Allegations |

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
False Statement During the Purchase of a Firearm

On or about May 22, 2010, in the State and Federal District of Nevada,

**OSCAR CARRANZA,**

defendant herein, in connection with the acquisition of a firearm, to wit: a DPMS model AR-15 bearing serial #F184508, from the Las Vegas Gun Range and Firearms Center, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the Las Vegas Gun Range and Firearms Center, which statement was intended and likely to deceive the Las Vegas Gun Range and Firearms Center, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that

he was the actual transferee/buyer of the firearm when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO
False Statement During the Purchase of a Firearm

On or about May 22, 2010, in the State and Federal District of Nevada,

**OSCAR CARRANZA,**

defendant herein, in connection with the acquisition of a firearm, to wit: a Century Arms model M70A82T bearing serial # AB2T-N102529, from the Las Vegas Gun Range and Firearms Center, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the Las Vegas Gun Range and Firearms Center, which statement was intended and likely to deceive the Las Vegas Gun Range and Firearms Center, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he was the actual transferee/buyer of the firearm when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT THREE
False Statement During the Purchase of a Firearm

On or about May 22, 2010, in the State and Federal District of Nevada,

**OSCAR CARRANZA,**

defendant herein, in connection with the acquisition of a firearm, to wit: a Century Arms model WASR 10/63 bearing serial number 1983-AG4078, from the Las Vegas Gun Range and Firearms Center, a licensed dealer of firearms within the meaning of Chapter 44, Title

2

1  18, United States Code, knowingly made a false and fictitious written statement to the Las
2  Vegas Gun Range and Firearms Center, which statement was intended and likely to deceive
3  the Las Vegas Gun Range and Firearms Center, as to a fact material to the lawfulness of
4  such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the
5  defendant represented that he was the actual transferee/buyer of the firearm when in fact
6  he was acquiring the firearm on behalf of another person; in violation of Title 18, United
7  States Code, Sections 922(a)(6) and 924(a)(2).
8  . . .
9  . . .
10 . . .
11 . . .
12 . . .
13 . . .
14 . . .
15 . . .
16 . . .
17 . . .
18 . . .
19 . . .
20 . . .
21 . . .
22 . . .
23 . . .
24 . . .
25 . . .
26 . . .

**FORFEITURE ALLEGATION**
False Statement During the Purchase of a Firearm

1. The allegations of Counts One through Three of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Upon a conviction of the felony offenses charged in Counts One through Three of this Criminal Indictment,

**OSCAR CARRANZA,**

defendant herein, shall forfeit to the United States of America, any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(a)(6):

    (a) a DPMS model AR-15 bearing serial #F184508;
    (b) a Century Arms model M70A82T bearing serial # AB2T-N102529;
    (c) a Century Arms model WASR 10/63 bearing serial number 1983-AG4078; and
    (d) any and all related ammunition.

All pursuant to Title 18, United States Code, Section 922(a)(6); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

**DATED:** this 26th day of October,

**A TRUE BILL:**

                              /S/
                        FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States

BRADLEY W. GILES
Assistant United States Attorney

4