DANIEL G. BOGDEN
United States Attorney
BRADLEY W. GILES
Assistant United States Attorney
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6300 / Fax: (702) 388-6698

2011 FEB -8  A 9 25

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-cr-00532-RLH-GWF |
| Plaintiff, | |
| v. | GOVERNMENT'S MOTION TO UNSEAL |
| Oscar Carranza, | (Under Seal) |
| Defendant. | |

Comes now, the United States of America, by and through counsel, Daniel G. Bogden, United States Attorney for the District of Nevada, and Bradley W. Giles, Assistant United States Attorney, hereby requesting that the above-captioned case be unsealed for further proceedings. There was previously an active arrest warrant in this matter, thus the case was sealed pending the arrest of the Defendant. As the Defendant is now in custody, there is no longer a need to maintain this case under seal.

. . .

. . .

. . .

Wherefore, it is respectfully requested that the Court sign the attached proposed form of Order to unsealing the above-captioned matter for all further proceedings.

Respectfully submitted this, the 8th day of February, 2011

DANIEL G. BOGDEN
United States Attorney

BRADLEY W. GILES
Assistant United States Attorney

## CERTIFICATE OF ELECTRONIC SERVICE

This is to certify that the undersigned has served counsel for Defendant Oscar Carranza with the foregoing by means of electronic filing.

BRADLEY W. GILES
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| UNITED STATES OF AMERICA, | ) | 2:10-cr-00532-RLH-GWF |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER TO UNSEAL |
| Oscar Carranza, | ) | |
| Defendant. | ) | |

Application having been made by the United States for the unsealing of the above-captioned matter, and good cause appearing therefore;

IT IS HEREBY ORDERED that the above-captioned case be unsealed.

Dated this 9th day of February, 2011.

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE