

1  DANIEL G. BOGDEN
   United States Attorney
2  BRADLEY W. GILES
   Assistant United States Attorney
3  333 Las Vegas Blvd., South, Suite 5000
   Las Vegas, Nevada  89101
4  (702) 388-6050

5

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

9  UNITED STATES OF AMERICA,                )   SUPERSEDING CRIMINAL INDICTMENT
                                            )
10                          PLAINTIFF,      )   2:10-cr-0532-RLH-GWF
                                            )
11 VS.                                      )   VIOLATIONS:
                                            )
12 OSCAR CARRANZA,                          )   18 U.S.C. §§ 922(a)(6) and 924(a)(2) -
                                            )   False Statement During Purchase of a
13 _____DEFENDANT._____)   Firearm

14

15

16 **THE GRAND JURY CHARGES THAT:**

17                            **COUNT ONE**
              False Statement During the Purchase of a Firearm
18

19      On or about April 12, 2010, in the State and Federal District of Nevada,

20                            **OSCAR CARRANZA,**

21 defendant herein, in connection with the acquisition of a firearm, to wit: a Bushmaster rifle,

22 caliber .223, model XM15, bearing serial # BF1431279, from Citadel Gun and Safe, a

23 licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code,

24 knowingly made a false and fictitious written statement to Citadel Gun and Safe, which

25 statement was intended and likely to deceive Citadel Gun and Safe, as to a fact material to

26 the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18,

in that the defendant represented that he was the actual transferee/buyer of the firearm when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO
False Statement During the Purchase of a Firearm

On or about April 12, 2010, in the State and Federal District of Nevada,

### OSCAR CARRANZA,

defendant herein, in connection with the acquisition of a firearm, to wit: a Rock River rifle, caliber .223, model LAR15, bearing serial # KT1020515, from Citadel Gun and Safe, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Citadel Gun and Safe, which statement was intended and likely to deceive Citadel Gun and Safe, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he was the actual transferee/buyer of the firearm when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT THREE
False Statement During the Purchase of a Firearm

On or about May 16, 2010, in the State and Federal District of Nevada,

### OSCAR CARRANZA,

defendant herein, in connection with the acquisition of a firearm, to wit: a Stag rifle, caliber .556, model Stag 15, bearing serial # 108490, from The Gun Store, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to The Gun Store, which statement was intended and likely to deceive The Gun Store, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented

2

that he was the actual transferee/buyer of the firearm when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FOUR
### False Statement During the Purchase of a Firearm

On or about May 16, 2010, in the State and Federal District of Nevada,

### OSCAR CARRANZA,

defendant herein, in connection with the acquisition of a firearm, to wit: a CAI rifle, caliber .556, model Golani Sporter, bearing serial # GLN06838, from The Gun Store, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to The Gun Store, which statement was intended and likely to deceive The Gun Store, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he was the actual transferee/buyer of the firearm when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FIVE
### False Statement During the Purchase of a Firearm

On or about May 16, 2010, in the State and Federal District of Nevada,

### OSCAR CARRANZA,

defendant herein, in connection with the acquisition of a firearm, to wit: a CAI rifle, caliber 7.62x39, model GP1975, bearing serial # GP7508112, from The Gun Store, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to The Gun Store, which statement was intended and likely to deceive The Gun Store, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant

3

1 | represented that he was the actual transferee/buyer of the firearm when in fact he was
2 | acquiring the firearm on behalf of another person; in violation of Title 18, United States Code,
3 | Sections 922(a)(6) and 924(a)(2).

4

### COUNT SIX
False Statement During the Purchase of a Firearm

On or about May 16, 2010, in the State and Federal District of Nevada,

### OSCAR CARRANZA,

defendant herein, in connection with the acquisition of a firearm, to wit: a CAI rifle, caliber 7.62x39, model GP1975, bearing serial # GP7508066, from The Gun Store, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to The Gun Store, which statement was intended and likely to deceive The Gun Store, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he was the actual transferee/buyer of the firearm when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT SEVEN
False Statement During the Purchase of a Firearm

On or about May 16, 2010, in the State and Federal District of Nevada,

### OSCAR CARRANZA,

defendant herein, in connection with the acquisition of a firearm, to wit: a CAI rifle, caliber 7.62x54, model PSL-54C, bearing serial # C-909975 , from The Gun Store, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to The Gun Store, which statement was intended and likely to deceive The Gun Store, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented

4

1  that he was the actual transferee/buyer of the firearm when in fact he was acquiring the

2  firearm on behalf of another person; in violation of Title 18, United States Code, Sections

3  922(a)(6) and 924(a)(2).

4

5  **COUNT EIGHT**
   False Statement During the Purchase of a Firearm

6  On or about May 16, 2010, in the State and Federal District of Nevada,

7  **OSCAR CARRANZA,**

8  defendant herein, in connection with the acquisition of a firearm, to wit: a CAI rifle, caliber

9  7.62x39, model WASR 10/63 bearing serial # 1972EG-4355, from The Gun Store, a licensed

10  dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly

11  made a false and fictitious written statement to The Gun Store, which statement was

12  intended and likely to deceive The Gun Store, as to a fact material to the lawfulness of such

13  sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant

14  represented that he was the actual transferee/buyer of the firearm when in fact he was

15  acquiring the firearm on behalf of another person; in violation of Title 18, United States Code,

16  Sections 922(a)(6) and 924(a)(2).

17

18  **COUNT NINE**
   False Statement During the Purchase of a Firearm

19  On or about May 16, 2010, in the State and Federal District of Nevada,

20  **OSCAR CARRANZA,**

21  defendant herein, in connection with the acquisition of a firearm, to wit: a Colt rifle, caliber

22  .223, model Sporter Match, bearing serial # MH037686, from The Gun Store, a licensed

23  dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly

24  made a false and fictitious written statement to The Gun Store, which statement was

25  intended and likely to deceive The Gun Store, as to a fact material to the lawfulness of such

26  sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant

5

1 | represented that he was the actual transferee/buyer of the firearm when in fact he was
2 | acquiring the firearm on behalf of another person; in violation of Title 18, United States Code,
3 | Sections 922(a)(6) and 924(a)(2).

4 |

5 | **COUNT TEN**
  | False Statement During the Purchase of a Firearm

6 | On or about May 16, 2010, in the State and Federal District of Nevada,

7 | **OSCAR CARRANZA,**

8 | defendant herein, in connection with the acquisition of a firearm, to wit: a Norinco rifle,
9 | caliber 7.62x39, model MAK-90, bearing serial # 9490498, from The Gun Store, a licensed
10 | dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly
11 | made a false and fictitious written statement to The Gun Store, which statement was
12 | intended and likely to deceive The Gun Store, as to a fact material to the lawfulness of such
13 | sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant
14 | represented that he was the actual transferee/buyer of the firearm when in fact he was
15 | acquiring the firearm on behalf of another person; in violation of Title 18, United States Code,
16 | Sections 922(a)(6) and 924(a)(2).

17 |

18 | **COUNT ELEVEN**
   | False Statement During the Purchase of a Firearm

19 | On or about May 17, 2010, in the State and Federal District of Nevada,

20 | **OSCAR CARRANZA,**

21 | defendant herein, in connection with the acquisition of a firearm, to wit: a CAI rifle, caliber
22 | 7.62x39, model M70AB2, bearing serial # M70AB23508, from Discount Firearms, a licensed
23 | dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly
24 | made a false and fictitious written statement to Discount Firearms, which statement was
25 | intended and likely to deceive Discount Firearms, as to a fact material to the lawfulness of
26 | such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the

1  defendant represented that he was the actual transferee/buyer of the firearm when in fact

2  he was acquiring the firearm on behalf of another person; in violation of Title 18, United

3  States Code, Sections 922(a)(6) and 924(a)(2).

4

## COUNT TWELVE
### False Statement During the Purchase of a Firearm

6  On or about May 17, 2010, in the State and Federal District of Nevada,

7  ## OSCAR CARRANZA,

8  defendant herein, in connection with the acquisition of a firearm, to wit: a Bushmaster rifle,

9  caliber 5.56, model XM15-E25, bearing serial # L296159, from Discount Firearms, a licensed

10 dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly

11 made a false and fictitious written statement to Discount Firearms, which statement was

12 intended and likely to deceive Discount Firearms, as to a fact material to the lawfulness of

13 such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the

14 defendant represented that he was the actual transferee/buyer of the firearm when in fact

15 he was acquiring the firearm on behalf of another person; in violation of Title 18, United

16 States Code, Sections 922(a)(6) and 924(a)(2).

17

## COUNT THIRTEEN
### False Statement During the Purchase of a Firearm

19 On or about May 22, 2010, in the State and Federal District of Nevada,

20 ## OSCAR CARRANZA,

21 defendant herein, in connection with the acquisition of a firearm, to wit: a DPMS rifle, caliber

22 5.56, model A-15 bearing serial #F184508, from the Las Vegas Gun Range and Firearms

23 Center, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United

24 States Code, knowingly made a false and fictitious written statement to the Las Vegas Gun

25 Range and Firearms Center, which statement was intended and likely to deceive the Las

26 Vegas Gun Range and Firearms Center, as to a fact material to the lawfulness of such sale

7

1  of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant

2  represented that he was the actual transferee/buyer of the firearm when in fact he was

3  acquiring the firearm on behalf of another person; in violation of Title 18, United States Code,

4  Sections 922(a)(6) and 924(a)(2).

5

6  **COUNT FOURTEEN**
False Statement During the Purchase of a Firearm

7  On or about May 22, 2010, in the State and Federal District of Nevada,

8  **OSCAR CARRANZA,**

9  defendant herein, in connection with the acquisition of a firearm, to wit: a Century Arms rifle,

10  caliber 7.62, model M70AB2T bearing serial # AB2T-N102529, from the Las Vegas Gun

11  Range and Firearms Center, a licensed dealer of firearms within the meaning of Chapter 44,

12  Title 18, United States Code, knowingly made a false and fictitious written statement to the

13  Las Vegas Gun Range and Firearms Center, which statement was intended and likely to

14  deceive the Las Vegas Gun Range and Firearms Center, as to a fact material to the

15  lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in

16  that the defendant represented that he was the actual transferee/buyer of the firearm when

17  in fact he was acquiring the firearm on behalf of another person; in violation of Title 18,

18  United States Code, Sections 922(a)(6) and 924(a)(2).

19

20  **COUNT FIFTEEN**
False Statement During the Purchase of a Firearm

21  On or about May 22, 2010, in the State and Federal District of Nevada,

22  **OSCAR CARRANZA,**

23  defendant herein, in connection with the acquisition of a firearm, to wit: a Romarm Cugir rifle,

24  caliber 7.62, model WASR 10/63 bearing serial # 1983-AG4078, from the Las Vegas Gun

25  Range and Firearms Center, a licensed dealer of firearms within the meaning of Chapter 44,

26  Title 18, United States Code, knowingly made a false and fictitious written statement to the

8

1    Las Vegas Gun Range and Firearms Center, which statement was intended and likely to

2    deceive the Las Vegas Gun Range and Firearms Center, as to a fact material to the

3    lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in

4    that the defendant represented that he was the actual transferee/buyer of the firearm when

5    in fact he was acquiring the firearm on behalf of another person; in violation of Title 18,

6    United States Code, Sections 922(a)(6) and 924(a)(2).

7        **DATED:** this ___21ˢᵗ___ day of February, 2012.

8        **A TRUE BILL:**

9

10                         /s/
                             FOREPERSON OF THE GRAND JURY

11    DANIEL G. BOGDEN
      United States Attorney

12

13

14    BRADLEY W. GILES
      Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

9