RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Oscar Carranza

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>OSCAR ARMANDO CARRANZA,<br><br>            Defendant. | Case No. 2:10-cr-00532-RLH-GWF<br><br>**UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

COMES NOW, the defendant, OSCAR CARRANZA, by and through counsel, Assistant Federal Public Defender and files this unopposed motion to terminate his supervised release. This motion is based on all prior proceedings had herein and the attached memorandum of points and authorities.

DATED this February 22, 2016

                RENE VALLADARES
                Federal Public Defender


            By: */s/ Shari L. Kaufman for*
                  REBECCA A. LEVY
                  Assistant Federal Public Defender
                  Attorney for Oscar Carranza

## MEMORANDUM OF POINTS AND AUTHORITIES

The statute governing early termination of supervised release 18 U.S.C. § 3583(e)(1), provides that the court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release."

On October 26, 2010, Oscar Carranza was indicted by a grand jury and charged with three counts of False Statement(s) During the Purchase of a Firearm, in violation of 18 U.S.C. § 922(a)(6). (Docket #1) Mr. Carranza was arrested and made his initial appearance on January 26, 2011. (Docket #12) United States Magistrate Judge Foley, ordered his continued release on a Personal Recognizance bond with Pretrial Services Supervision. *Id.* Mr. Carranza remained on release without any violations of pre-trial supervision through the pendency of the case. On June 8, 2012, Mr. Carranza appeared before your Honor and plead guilty with the benefit of a plea agreement. (Docket # 61). Your Honor sentenced Mr. Carranza on September 24, 2012, to eighteen months in custody, three years of supervised release and a penalty assessment of $300, (Docket #74).

Mr. Carranza is 51-years old and has completed half of the thirty six months of supervision the Court ordered. Mr. Carranza has no history of drug or alcohol abuse and has been compliant with all of the conditions of supervision and does not pose any risk to public safety. His crime was not one of violence. Mr. Carranza has no unresolved charges or any violations of supervision. This offense is the only criminal arrest or conviction Mr. Carranza has ever sustained.

Mr. Carranza is not currently receiving any services from the probation department. He has been compliant with all conditions of his supervision, but has been having a difficult time finding employment in the Las Vegas community. There is simply no reason he should remain on supervision. Mr. Carranza should be released early from supervised release. Assistant United States Attorney Pamela Martin does not object to the early termination of Mr. Carranza's supervision.

**CONCLUSION**

There are no additional or necessary services that Probation can provide Mr. Carranza. Mr. Carranza's exemplary conduct during his supervision and the interests of justice, justify early termination from supervision in this case. This Motion is unopposed by the government.

For the aforementioned reasons, Mr. Carranza respectfully requests that this Court terminate his period of supervision pursuant to Title 18 U.S.C. § 3583(e)(1).

DATED this 22nd day of February 22, 2016.

        RENE VALLADARES
        Federal Public Defender

        By: */s/ Shari L. Kaufman for*
            REBECCA A. LEVY
            Assistant Federal Public Defender
            Attorney for Oscar Carranza

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED: February 23, 2016**

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.     That on February 22, 2016, she served an electronic copy of the above and foregoing, **UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISION PURSUANT TO 18 U.S.C. § 3583(e)(1),** by electronic service to all parties of record including the persons named below:

DANIEL G. BOGDEN
United States Attorney
BRADLEY GILES
Assistant United States Attorney
333 Las Vegas Blvd. So., 5th Floor
Las Vegas, Nevada 89101

Via Electronic Mail to:
Leo Sanchez
UNITED STATES PROBATION
United States Probation Officer

*/s/ Bernadette Almeida*
_____
Legal Assistant
Employee of the Federal Public Defender